▆ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY JUARBE, Appellant. [825 NYS2d 918]—

Appeal by the defendant from an order of the Supreme Court, Richmond County (Rienzi, J.), dated January 21, 2005, which, after a hearing to redetermine the defendant's sex offender risk level pursuant to the stipulation of settlement in *Doe v Pataki* (3 F Supp 2d 456 [1998]), designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The Supreme Court's determination to designate the defendant a level three sex offender based upon the existence of a "presumptive override" factor, namely, that the defendant had "a prior felony conviction for a sex crime" is supported by clear and convincing evidence and thus, should not be disturbed (*see People v Page*, 32 AD3d 1352 [2006]; *People v Clinkscales*, 18 AD3d 726 [2005]; *People v Boan*, 11 AD3d 956 [2004]).

The defendant's remaining contentions are unpreserved for appellate review. Miller, J.P., Rivera, Krausman and Goldstein, JJ., concur.